

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the matter of the Estate of
Kevin Euell Sneed, deceased,

\* From the County Court at Law
  No. 2 of Taylor County
  Trial Court No. 27777.

No. 11-16-00051-CV

\* April 12, 2018

\* Memorandum Opinion by Wright, S.C.J.
  (Panel consists of: Willson, J.,
  Bailey, J., and Wright, S.C.J., sitting
  by assignment)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded to the trial court. The costs incurred by reason of this appeal are taxed against Dana Dossey.